BERNARD I. KATZ, Appellant, *v.* S. W. S. BUILDING CORPORATION, Respondent.

Supreme Court, Appellate Term, First Department, January 15, 1937.

*Bernhard & Singman* [*Albert P. Singman* of counsel], for the appellant.

*Jenkins, Dimmick & Finnegan* [*William B. Shelton* of counsel], for the respondent.

PER CURIAM. The papers show that the stenographer was permitted to go to the jury room, after the jury had retired, and to read to the jury a portion of the charge, without the knowledge or consent of counsel. This is too serious an infraction of fundamental safeguards to be condoned.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

All concur. Present — LYDON, LEVY and HAMMER, JJ.